MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARK CARLO,                                )
                                           )
          Plaintiff,                       )
                                           )          No.
vs.                                        )
                                           )
PORTFOLIO RECOVERY ASSOCIATES, LLC         )
                                           )          JURY DEMANDED
          Defendant.                       )
                                           )

## COMPLAINT

### JURISDICTION

1.     The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C.

§ 1692k(d), 28 U.S.C. § 1331, 28 U.S.C. § 1332, the FCRA, 15 U.S.C. Section 1681(p) and the

doctrine of supplemental jurisdiction.  Venue lies in the Southern Division of the Judicial District

of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2.     This action is instituted in accordance with and to remedy Defendant's violations

of the Federal Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter

"FDCPA"), state law obligations brought as supplemental claims hereto and Defendant's

violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et. seq.* ("FCRA").

## PARTIES

3.    Plaintiff, Mark Carlo, is a natural person who resides in Henderson, Nevada, and is a "consumer" as defined by 15 U.S.C. § 1692a(3) and allegedly owes a "debt" as defined by 15 U.S.C. § 1692a(5).

4.    Defendant, Portfolio Recovery Associates, LLC (PRA), is a foreign Limited Liability Company, the principal purpose of whose business is the collection of debts, operating a debt collection agency from its principal place of business in Norfolk, VA, and regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

5.    Defendant is also a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

## FACTUAL ALLEGATIONS

6.    Plaintiff(s) repeat, reallege and assert all factual allegations contained in the preliminary statement to this Complaint and reassert them as incorporated in full herein.

7.    Plaintiff is a victim of fraud.

8.    Plaintiff was recently rejected for employment due to fraudulent collection accounts reported on his credit profiles.

9.    On June 9, 2020 Defendant dunned Plaintiff $11,284.37 (Exhibit 1).

10.    On June 23, 2020 Plaintiff wrote Defendant advising of his ***refusal to pay*** (Exhibit 2).

11.    Exhibit 2 also advised Defendant its account was *fraudulent*.

12.    Defendant received Exhibit 2 on June 26, 2020 (Exhibit 3).

13.     Plaintiff's written *refusal to pay* required Defendant cease and desist all collection communications in accordance with FDCPA § 1692c(c):

> (c) **Ceasing communication** - *If a consumer notifies a debt*
> *collector in writing that the consumer* **refuses to pay a debt** *or that*
> the consumer wishes the debt collector to cease further
> communication with the consumer, the debt collector shall not
> communicate further with the consumer with respect to such debt.

14.     On July 28, 2020 Plaintiff disputed Defendant's reporting (Exhibit 4).

15.     Plaintiff explicitly advised Defendant he was betrayed by his deceased spouse (Exhibit 4).

16.     Exhibit 4 reflects Plaintiff's summary of events leading to serial frauds.

17.     Plaintiff provided his former spouse's Death Certificate (Exhibit 4).

18.     Notwithstanding Defendant's knowledge of the fraud, on September 1, 2020 Defendant again dunned Plaintiff for over $11,000 (Exhibit 5).

19.     Exhibit 5 was sent in violation of FDCPA §§ 1692c and 1692d. *Cruz v. International Collection Corp., 673 F.3d 991, 998 (9th Cir. 2012).*

20.     An excerpt from Plaintiff's September 17, 2020 Experian credit report is attached as Exhibit 6.

21.     Exhibit 6 reflects Defendant's continued reporting of its fraudulent account.

22.     Exhibit 6 likewise reflects Defendant's failure to report the account as disputed.

23.     The presence of the subject tradelines on Plaintiff's credit profiles violates FDCPA §§ 1692e and 1692e(8) and has impaired Plaintiff's access to financing. *Brady v. Credit Recovery Co., Inc.*, 160 F.3d 64 (1st Cir. 1998).

24.     On September 22, 2020 Defendant likewise reported its account on Plaintiff's Trans Union report *again without any dispute notation* (Exhibit 7).

25.     Defendant's relentless reporting prompted Plaintiff to initiate additional disputes during late September (Exhibits 8, 9 and 10).

26.     On October 15, 2020 Defendant deleted its fraudulent account (Exhibit 11).

27.     Defendant's failure to note Plaintiff's dispute was in explicit violation of FCRA § 1681s-2(b)(1)(C), (D) and (E).  Gorman v. Wolpoff & Abramson, LLP, 584 F.3d 1147, 1162-64 (9th Cir. 2009).

28.     Plaintiff has no way of knowing, short of discovery, precisely how Plaintiff's dispute was conveyed to Defendant, *but is entitled to a presumption it did so*.  Shulick v. Experian, 2011 WL 4346335 (E.D.Pa.), Fishback v. HSBC Retail Services Inc., 944 F.Supp.2d 1098, 1113 (D. New Mexico 2013).

29.     In its indifference, Defendant ignored basic credit reporting industry standards. Cassara v. DAC Services, Inc., 276 F.3d 1210, 1225 (10th Cir. 2002).

30.     In failing to correct Plaintiff's tradeline, Defendant continued to report *patently inaccurate* information in violation of the FCRA.  Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

31.     In failing to appropriately revise Plaintiff's tradeline, Defendant provided *misleading* information which likewise violated the FCRA, Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

32.     Defendant was precluded from making any report either patently wrong or "missing crucial data" or otherwise misleading.  Kuns v. Ocwen Loan Servicing, LLC, 611 Fed.Appx. 398 (U.S. Ct. of Appeals, Ninth Circuit 2015).

33.     Defendant violated FCRA § 1681s-2(b)(1)(E)(i) in its failure to provide additional information explicating the status of Plaintiff's account.  Bush v. Roundpoint Mortg. Servicing Corp., 122 F.Supp.3d 1347, 1351 (2015).

34.     Plaintiff has suffered meaningful emotional distress including, but not limited to, excessive worry, frustration, sleeplessness, anger, humiliation, embarrassment, chagrin and other mental anguish as a direct result of Defendant's conduct.  McCollough v. Johnson, Rodenburg & Lauinger, LLC, 637 F.3d 939, 957 (9th Cir. 2011).

**STATEMENT OF CLAIM AS AGAINST DEFENDANT**

35.     In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

      a.     By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

**PRAYER FOR RELIEF**

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a)     actual damages;

    b)     punitive damages;

    c)     attorney's fees; and

    d)     costs.

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada  89102
Attorney for Plaintiff

**Portfolio Recovery Associates, LLC**

06/09/2020 ⸺

Dear MARK CARLO,

**We know life happens.**
Every day PRA, LLC works with people to resolve their debt. We would love to do the same for **YOU.**

Sincerely,
PRA, LLC

Account Number: 5213331050921130
Seller: SYNCHRONY BANK
Merchant: SAMS CLUB
Original Creditor: SYNCHRONY BANK
Creditor to Whom Debt is Owed: PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA, LLC")
Balance: $11,284.37

---

Choose a savings plan that works for you.


**SAVE 15%***


**SAVE 10%***


**SAVE 5%***

Pay 1 payment of $9,591.71 and save $1,692.66

Pay 12 consecutive monthly payments of $846.33 and save $1,128.41

Pay 24 consecutive monthly payments of $446.67 and save $564.29

The savings will be applied to the balance and your account will be considered paid-in-full for less than the full balance after your final payment is successfully posted.

***Savings percentages are approximate. We are not obligated to renew this offer.**
**Your first payment must be received by: 07/13/2020**

Start your recovery today.


**Choose your plan and pay online anytime.**
www.PRApay.com
Pay over the phone by calling toll-free 1-800-772-1413

---

**This communication is from a debt collector and is an attempt to collect a debt.**
**Any information obtained will be used for that purpose.**

Notice: See Reverse Side for Important Information

56M2

DEPT 922
PO BOX 4115
CONCORD CA 94524

Account Number:    5213331050921130
Payment Amount:

CHANGE SERVICE REQUESTED

MARK CARLO

Pay Online at www.PRApay.com
or mail to:

PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

**EXHIBIT 1**

June 23, 2020

<u>Via Certified Mail</u>

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541

Re:     Carlo, Mark/Synchrony Bank

Dear Sir,

I've reviewed your recent correspondence.  The account is fraudulent.  This is neither a request for validation nor dispute, but rather, a refusal to pay.

Thank you in advance for your anticipated courtesy.

Sincerely,


Mark Carlo

EXHIBIT 2

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVID-...

# USPS Tracking®

FAQs >

## Track Another Package +

**Track Packages
Anytime, Anywhere**

Get the free Informed Delivery® feature to receive
automated notifications on your packages

**Learn More**

(https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro
/start.action)

**Tracking Number:** 70190700000034059494

Remove ✕

Your item was delivered at 10:31 am on June 26, 2020 in NORFOLK, VA 23502.

## ⊘ Delivered

June 26, 2020 at 10:31 am
Delivered
NORFOLK, VA 23502

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

# Can't find what you're looking for?

EXHIBIT 3

6/30/2020, 11:35 AM

July 28, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:    Carlo, Mark J. / Dispute

Dear Sir,

This letter is a Dispute. I have attached an excerpt from my recent credit profile. I have also enclosed copies of both my Social Security Card and Driver License. My attorney helped me prepare this letter to ensure you have all the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this letter.

I provide my personal information: Mark J. Carlo; Spouse: Deceased; current address: ; prior address: 1861 Via Delle Arti Street, Henderson, NV 89044; SSN date of birth: , 1961.

Please delete the noted Portfolio Recovery Associates (PRA) collection account. PRA is attempting to collect an alleged $11,284 Synchrony Bank account. I have *never* had an account with Synchrony Bank.

My late wife, Rosemarie Carlo, established this account without my knowledge. I never once used either a Synchrony Bank card or otherwise used Synchrony's services. Rosemarie, 55, died 9/2/19. I've attached a copy of her Death Certificate. Approximately two (2) weeks after Rosie's death her employer provided me a folder containing numerous credit card statements, invoices and other financial documents (which she'd obviously hid from me). The overwhelming difficulty in dealing with the death of my wife of thirty (30) years and the burden of solely caring for our surviving children was greatly compounded by this terrible fraud and betrayal. Please DO NOT verify this account without first obtaining an application reflecting my signature-none exists!

I've also provided a copy of my July 9, 2020 utility invoice reflecting my new Henderson, Nevada address. I lived at my prior address, *1861 Via Delle Arti Street, Henderson, NV 89044*, for ten (10) years.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Mark J. Carlo

Enclosures

EXHIBIT 4

MARK JOHN CARLO | Report # 2135-8064-76 for 07/18/20

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Jan 2006 | Oct 2017 | Not reported | |
| Address ID # | Terms | Status | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec |
| 0740587174 | Not reported | Closed | 2019 · · · · · · **CLS** |
| Type | Monthly payment | Comment: | 2018 |
| Credit card | Not reported | Account closed at credit | 2017 |
| Responsibility | Credit limit or original | grantor's request. | |
| Individual | amount | This item was updated | |
| | $11,300 | from our processing of | |
| | High balance | your dispute in Jul 2020 | |
| | $11,368 | Date of Status | |
| | | Dec 2019 | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Nov19 | Oct19 |
|---|---|---|
| AB ($) | 11 | 10,098 |
| DPR | Nov14 | Oct21 |
| SPA ($) | 11 | 200 |
| AAP ($) | ND | ND |

Between Oct 2019 and Nov 2019, your credit limit/high balance was $11,300

CITI Partial Acct # 410039017365... PO BOX 6190 SIOUX FALLS SD 57117 (850) 371-8467

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Dec 2009 | Sep 2016 | $3,770 as of Jul 2020 | |
| Address ID # | Terms | Status | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec |
| 0811125275 | Not reported | Account charged off. | 2020 |
| Type | Monthly payment | $3,845 written off. $513 | 2019 |
| Credit Card | Not reported | past due as of Jul 2020. | 2018 |
| Responsibility | Credit limit or original | This account is | 2017 |
| Individual | amount | scheduled to continue on | 2016 |
| | $3,200 | record until Apr 2025 | |
| | High balance | Comment: | |
| | $3,845 | Account closed at credit | |
| | | grantor's request. | |
| | | This item remained | |
| | | unchanged from our | |
| | | processing of your | |
| | | dispute in Jul 2020. | |
| | | Date of Status | |
| | | Jan 2019 | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,820 | 3,820 |
| DPR | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jun05 | Jun05 | Mar29 | Mar29 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,845 | 3,845 | 3,845 | 3,780 | 3,795 | 3,690 | 3,600 | 3,505 | 3,410 |
| DPR | Dec13 | Dec13 | Dec13 | Dec13 | Apr20 | Apr20 | Apr20 | Apr20 | Apr20 |
| SPA ($) | ND | ND | ND | 681 | 735 | 619 | 531 | 435 | 332 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

Between Jul 2018 and Jun 2020, your credit limit/high balance was $3,200

PORTFOLIO RECOVERY ASSOCIATES Partial Acct # 521333405092... 120 CORPORATE BLVD STE 100 NORFOLK VA 23502 (841) 673-3408

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Feb 2020 | Jun 2020 | $11,284 as of Jul 2020 | |
| Address ID # | Terms | Status | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec |
| 0740587174 | 1 Months | Collection Account. | 2020 |
| Original creditor | Monthly payment | $11,284 past due as of | |
| SYNCHRONY BANK | Not reported | Jul 2020 | Account History * (AB = Account Balance, DPR = Date Payment Received, |
| Type | Credit limit or original | This account is | SPA = Scheduled Payment Amount, AAP = Actual Amount Paid) |
| Debt Buyer | amount | scheduled to continue on | |
| Responsibility | $11,284 | record until Apr 2025. | Jun20 |
| Individual | High balance | Date of Status | AB ($) 11,284 |
| | Not reported | Feb 2020 | DPR ND |
| | | | SPA ($) ND |
| | | | AAP ($) ND |
| | | | The original amount of this account was $11,284 |

**Your accounts in good standing** These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section have a positive payment history, meaning that no delinquencies or derogatory statuses are reported on them.

KOHLS/CAPONE Partial Acct # 639303046437... PO BOX 3115 MILWAUKEE WI 53201 (800) 564-5740





**STATE OF NEVADA**
**CERTIFICATION OF VITAL RECORD**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
DIVISION OF PUBLIC AND BEHAVIORAL HEALTH
VITAL STATISTICS
**CERTIFICATE OF DEATH**

CASE FILE NO. 4101983

2019017672
STATE FILE NUMBER

**DECEDENT**

| 1a. DECEASED-NAME (FIRST,MIDDLE,LAST,SUFFIX) | 2. DATE OF DEATH (Mo/Day/Year) | 3a. COUNTY OF DEATH |
|---|---|---|
| Rosemarie-Elizabeth **CARLO** | September 02, 2019 | Clark |

| 3b. CITY, TOWN, OR LOCATION OF DEATH -none (if not either, give street and 3c. HOSPITAL OR OTHER INSTITUTION -Name | 3d. if Hosp or Inst - indicate DOA/OP/Emer Rm Inpatient(Specify) | 4. SEX |
|---|---|---|
| Las Vegas | Nathan Adelson Hospice | Hospice Facility (HFS) | Female |

| 5 RACE (Specify) | 6. Hispanic Origin? Specify No = Non-Hispanic | 7a. AGE-Last birthday (Years) 55 | 7b. UNDER 1 YEAR MOS DAYS | 7c. UNDER 1 DAY HOURS MINS | 8. DATE OF BIRTH (Mo/Day/Yr) November 13, 1963 |
|---|---|---|---|---|---|
| White | | | | | |

| 9a. STATE OF BIRTH (if not US/CA, name country) | 9b. CITIZEN OF WHAT COUNTRY | 10 EDUCATION | 11 MARITAL STATUS (Specify) | 12 SURVIVING SPOUSE'S NAME (if wife, give name prior to first marriage) |
|---|---|---|---|---|
| Ohio | United States | 16 | Married | Mark CARLO |

| 13. SOCIAL SECURITY NUMBER | 14a. USUAL OCCUPATION (Give Kind of Work Done During Most of Working Life) | 14b. KIND OF BUSINESS OR INDUSTRY | Ever in US Armed Forces? No |
|---|---|---|---|
| | Paralegal | Law-City Planning | |

| 15a. RESIDENCE - STATE | 15b. COUNTY | 15c. CITY, TOWN OR LOCATION | 15d. STREET AND NUMBER | 15e. INSIDE CITY LIMITS (Specify Yes or No) Yes |
|---|---|---|---|---|
| Nevada | Clark | Las Vegas | 4262 Blue Diamond Dr. 102-263 | |

**PARENTS**

| 16. FATHER/PARENT - NAME (First, Middle, Last, Suffix) | 17. MOTHER/PARENT - NAME (First, Middle, Last, Suffix) |
|---|---|
| Anthony NARO | Elizabeth GRESKO |

**DISPOSITION**

| 18a. INFORMANT - NAME (Type or Print) | 18b. MAILING ADDRESS (Street or R.F.D. No, City or Town, State, Zip) |
|---|---|
| Mark CARLO | 4262 Blue Diamond Dr. 102-263 Las Vegas, Nevada 89139 |

| 19a. BURIAL, CREMATION, REMOVAL, OTHER (Specify) | 19b. CEMETERY OR CREMATORY - NAME | 19c. LOCATION   City or Town   State |
|---|---|---|
| Cremation | La Paloma Funeral Services | Las Vegas Nevada 89122 |

| 20a. FUNERAL DIRECTOR - SIGNATURE (Or Person Acting as Such) SIGNATURE AUTHENTICATED **RAYMOND L GIDDENS Jr** | 20b. FUNERAL DIRECTOR LICENSE NUMBER FD923 | 20c. NAME AND ADDRESS OF FACILITY Giddens Memorial Chapel 1475 W Post Rd   Las Vegas  NV  89118 |
|---|---|---|

**TRADE CALL**

TRADE CALL - NAME AND ADDRESS
SIGNATURE AUTHENTICATED
**KANG CHOI DO**

**CERTIFIER**

| 21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated (Signature & Title) SIGNATURE AUTHENTICATED **KANG CHOI DO** | 22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated (Signature & Title) |
|---|---|

| 21b. DATE SIGNED (Mo/Day/Yr) September 08, 2019 | 21c. HOUR OF DEATH 14:52 | 22b. DATE SIGNED (Mo/Day/Yr) | 22c. HOUR OF DEATH |
|---|---|---|---|

| 21d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | 22d. PRONOUNCED DEAD (Mo/Day/Yr) | 22e. PRONOUNCED DEAD AT (Hour) |
|---|---|---|

| 23a. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, ATTENDING PHYSICIAN, MEDICAL EXAMINER, OR CORONER) (Type or Print) Kang Choi Do  2160 N Rainbow Las Vegas, NV 89108 | 23b. LICENSE NUMBER DO2569 |
|---|---|

**REGISTRAR**

| 24a. REGISTRAR (Signature) SIGNATURE AUTHENTICATED **NANCY BARRY** | 24b. DATE RECEIVED BY REGISTRAR (Mo/Day/Yr) September 09, 2019 | 24c. DEATH DUE TO COMMUNICABLE DISEASE YES ☐  NO ☒ |
|---|---|---|

**CAUSE OF DEATH**

| 25. IMMEDIATE CAUSE (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c)) | Interval between onset and death |
|---|---|
| PART I (a) Breast Cancer Metastatic To Bone And Liver | |
| DUE TO, OR AS A CONSEQUENCE OF: (b) | Interval between onset and death |
| DUE TO, OR AS A CONSEQUENCE OF: (c) | Interval between onset and death |
| DUE TO, OR AS A CONSEQUENCE OF: (d) | Interval between onset and death |

| PART II: OTHER SIGNIFICANT CONDITIONS - Conditions contributing to death but not resulting in the underlying cause given in Part I | 26. AUTOPSY (Specify Yes or No) No | 27. WAS CASE REFERRED TO CORONER (Specify Yes or No) No |
|---|---|---|

| 28. ACC, SUICIDE, HOM, UNDET, OR PENDING INVEST. (Specify) | 29a. DATE OF INJURY (Mo/Day/Yr) | 29b. HOUR OF INJURY | 29c. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|

| 29d. INJURY AT WORK (Specify Yes or No) | 29e. PLACE OF INJURY-At home, farm, street, factory, office building, etc. (Specify) | 29f. LOCATION   STREET OR R.F.D. No | CITY OR TOWN | STATE |
|---|---|---|---|---|

**STATE REGISTRAR**

I CERTIFIED TO BE A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE WITH THE REGISTRAR OF VITAL STATISTICS, STATE OF NEVADA. This copy was issued by the Southern Nevada Health District from State certified documents authorized by the State Board of Health pursuant to NRS 440.175.

DATE ISSUED   SEP 1 9 2019   By

This copy not valid unless prepared on engraved border displaying seal, date and signature of Registrar.
SOUTHERN NEVADA HEALTH DISTRICT - P.O. Box 3902 - Las Vegas, NV 89127 (702)759-1010 - Fax ID # 88-015 573

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

3000160402219222123   MARK J. CARLO   2282 KEEGO HARBOR ST   07-09-2020

 **NV**Energy

 **Go Paperless**
Sign up at nvenergy.com/paymyway

PAGE 1 OF 2

MARK J. CARLO   X

C A09 B09

## Electric Usage: Residential Service

**Average Daily Electric Usage**

Average Daily Cost this month   **$4.14**

Usage in total electric kilowatt hours
◻ Last Year   ◼ This Year

| | |
|---|---|
| 1100 | |
| 978 | |
| 856 | |
| 733 | |
| 611 | |
| 489 | |
| 367 | |
| 244 | |
| 122 | |
| 0 | |

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

**Meter Information**
If NV Energy is unable to read your meter because of circumstances beyond control, you may be billed based on estimated usage for that billing period.

| Meter# | Type | Service Period | Bill Days | Previous | Current | Multiplier | Usage |
|---|---|---|---|---|---|---|---|
| CC029031647 | kWh | Jun 4, 2020 to Jul 6, 2020 | 32 | 61,050 | 62,130 | 1 | 1,080 |

**Charge Details**

| | | | | | |
|---|---|---|---|---|---|
| Electric Consumption  (Prior Rate) | 843.000 | kWh | x | 0.10853 | 91.49 |
| Electric Consumption  (New Rate) | 237.000 | kWh | x | 0.10698 | 25.35 |
| Deferred Energy Adjustment (Prior Rate) | 843.000 | kWh | x | 0.00246 CR | 2.07 CR |
| Deferred Energy Adjustment (New Rate) | 237.000 | kWh | x | 0.00251 CR | 0.59 CR |
| Temp. Green Power Financing | 1,080.000 | kWh | x | 0.00070 | 0.76 |
| Renewable Energy Program | 1,080.000 | kWh | x | 0.00039 CR | 0.42 CR |
| Energy Efficiency Charge | 1,080.000 | kWh | x | 0.00256 | 2.76 |
| Tax Reduction | 1,080.000 | kWh | x | 0.00361 CR | 3.90 CR |
| Basic Service Charge | | | | | 12.50 |
| Local Government Fee | | | | 5% | 6.29 |
| Universal Energy Charge | 1,080.000 | kWh | x | 0.00039 | 0.42 |

**Total Electric Service Amount**   **$132.59**

---

**Please Pay By:   Jul 27, 2020**
**$127.59**

Customer Number:   **3000160402219222123**

Customer Number:   **1604022**
Premises Number:   **1922212**
Billing Date:   Jul 9, 2020
Next Read Date:   Aug 5, 2020

**Account Summary**

| | |
|---|---|
| Previous Account Balance | 98.11 |
| Payment - Jun 26, 2020 | 32.45 CR |
| Payment - Jun 15, 2020 | 65.66 CR |
| Adjustment | 5.00 CR |
| Electric Charges | 132.59 |
| **Current Amount Due** | **$127.59** |

Thank you for participating in our Cool Share program. Your participation allows NV Energy to briefly reduce your AC usage with a Cool Share device which helps lower your bill.

Thank you for maintaining an excellent payment record. We look forward to serving you in the future.

---

Customer Service:  (702) 402-5555 or (800) 331-3103  Toll Free 24/7, excluding holidays  Emergencies:  (702) 402-2900
Para servicio en español (702) 402-5554. TDD/TYY: 711 – Hearing impaired service available 24/7 days a week.

Please return this portion with payment - to ensure timely processing do not use staples or tape

 **NV**Energy

**ACCOUNT NUMBER:** 3000160402219222123

**Customer Number:** 1604022

Service Address:

**Please Pay By:   Jul 27, 2020**
**$127.59**

**Enter Amount Enclosed:**   $

**Payment Options:**
Online at nvenergy.com or call (844) 343-3719
At any of our authorized Shop & Pay locations
By phone: (800) 253-8084 (debit/credit card)
By mail: PO Box 30150, Reno, NV 89520-3150

MARK J. CARLO



89520



3000160402219222123  0000012759  0000013259  0  009

**Portfolio Recovery**
**Associates, LLC**

09/01/2020

Dear MARK CARLO,

We know life happens.
Every day PRA, LLC works with people to resolve
their debt. We would love to do the same for **YOU**.

Sincerely,
PRA, LLC

| Account Details | |
|---|---|
| **Account Number:** 5213331050921130 | |
| **Seller:** SYNCHRONY BANK | |
| **Merchant:** SAMS CLUB | |
| **Original Creditor:** SYNCHRONY BANK | |
| **Creditor to Whom Debt is Owed:** PORTFOLIO RECOVERY ASSOCIATES, LLC ("PRA, LLC") | |
| **Balance:** $11,284.37 | |

---

### Choose a savings plan that works for you.

  

| SAVE 15%* | SAVE 10%* | SAVE 5%* |
|---|---|---|
| Pay 1 payment of $9,591.71 and save $1,692.66 | Pay 12 consecutive monthly payments of $846.33 and save $1,128.41 | Pay 24 consecutive monthly payments of $446.67 and save $564.29 |

The savings will be applied to the balance and your account will be considered paid-in-full for less than the full balance after your final payment is successfully posted.

Within approximately 30 days of your final payment successfully posting, we will request that the three major credit reporting agencies delete our tradeline related to your account from your credit bureau report.

**\*Savings percentages are approximate. We are not obligated to renew this offer.**
**Your first payment must be received by: 10/05/2020**

### Start your recovery today.



## Choose your plan and pay online anytime.
www.PRApay.com
Pay over the phone by calling toll-free 1-800-772-1413

---

**This communication is from a debt collector and is an attempt to collect a debt.**
**Any information obtained will be used for that purpose.**

Notice: See Reverse Side for Important Information

56M2

DEPT 922
PO BOX 4115
CONCORD CA 94524

Account Number:   5213331050921130

Payment Amount:

CHANGE SERVICE REQUESTED

MARK CARLO

Pay Online at www.PRApay.com
or mail to:

PORTFOLIO RECOVERY ASSOCIATES, LLC
P.O. Box 12914
Norfolk VA 23541

# EXHIBIT 5

5557894*2563

PO Box 9701
Allen, TX 75013



0001969 01 AB 0.416 **AUTO  HO 1 7225 09052-857382  -C01-P01970-1
MARK CARLO

[mailing barcode]



## MARK CARLO
### Your Credit Report
#### Report # 1606-0193-35 for 09/17/20

In response to your recent request, we are sending
you this credit report. Before contacting us, please
review this report carefully. If you disagree with an
item, you may dispute it. We will process disputes
generally by sending your dispute to the furnisher of
the information or to the vendor who collected the
information from a public record.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at
experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or
questions at 833 210 4610, M - F 9am - 5pm in your time zone, or submit your dispute in writing by mailing to Experian,
NCAC, PO BOX 9701, Allen TX 75013. Be advised that written information or documents you provide with respect to your
disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| | | | |
|---|---|---|---|
| CUR Current | 150 Account 150 days past due | VS Voluntarily surrendered | D Defaulted on contract |
| 30 Account 30 days past due | 180 Account 180 days past due | R Repossession | C Collection |
| 60 Account 60 days past due | CRD Creditor received deed | PBC Paid by creditor | CO Charge off |
| 90 Account 90 days past due | FS Foreclosure proceedings started | EC Insurance claim | CLS Closed |
| 120 Account 120 days past due | F Foreclosed | G Claim filed with government | ND No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

*Medical Information*
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally
collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those
names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your
report at your request that contain medical information are disclosed to others.

**Your accounts that may be considered negative** The most common items in this section are late
payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are
not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has
been settled or transferred. This information is generally removed seven years from the initial missed payment that led to
the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12
bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due
remain up to 10 years after the date the account was transferred.

## Credit items

### BANK OF AMERICA Partial Acct # 44008629160S    PO BOX 982238 EL PASO TX 79998 (800) 421 2110

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Jan 2006 | Oct 2017 | Not reported | |
| Address ID # | Terms | Status | Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec |
| 0740587174 | Not reported | Closed. | 2019 ... CLS |
| Type | Monthly payment | | 2018 ... |
| Credit card | Not reported | | 2017 ... |
| Responsibility | Credit limit or original | | |
| Individual | amount | | |
| | $11,300 | | |
| | High balance | | |

0099376334

EXHIBIT 6

7725-01-00.0001969.0001-0004256

$11,368

**Comment:**
Account closed at credit grantor's request.
This item was updated from our processing of your dispute in Jul 2020.
**Date of Status**
Dec 2019

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

|  | Nov19 | Oct19 |
|---|---|---|
| AB ($) | 11 | 10,595 |
| DPR | Nov14 | Oct21 |
| SPA ($) | 11 | 200 |
| AAP ($) | ND | ND |

Between Oct 2019 and Nov 2019, your credit limit/high balance was $11,300

**CITI Partial Acct # 410039017365 PO BOX 6190 SIOUX FALLS SD 57117 (865) 378 6467**

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Dec 2009 | Sep 2016 | $3,770 as of Sep 2020 | |
| Address ID # | Terms | Status | |
| 0740587174 | Not reported | Account charged off. | |
| Type | Monthly payment | $3,845 written off. $627 | |
| Credit Card | Not reported | past due as of Sep 2020. | |
| Responsibility | Credit limit or original | This account is | |
| Individual | amount | scheduled to continue on | |
| | $3,200 | record until Apr 2025. | |
| | High balance | Comment: | |
| | $3,845 | Account closed at credit | |

Payment history:
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | | | |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | OK | OK | OK | OK | OK | OK | OK | OK | OK | 120 | 150 | 180 |
| 2017 | Full Year In Good Standing | | | | | | | | | | | |
| 2016 | | | | | | | | | ON | OK | OK | OK |

grantor's request.
This item remained unchanged from our processing of your dispute in Jul 2020.
**Date of Status**
Jan 2019

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Aug20 | Jul20 | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,770 | 3,795 | 3,795 |
| DPR | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jul12 | Jun05 | Jun05 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | | | | | | |
| AB ($) | 3,820 | 3,820 | 3,845 | 3,845 | 3,845 | 3,780 | 3,795 | 3,692 | 3,600 | | | | | | |
| DPR | Mar20 | Mar20 | Dec13 | Dec13 | Dec13 | Dec13 | Apr20 | Apr20 | Apr20 | | | | | | |
| SPA ($) | ND | ND | ND | ND | ND | 681 | 735 | 619 | 531 | | | | | | |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | |

Between Sep 2018 and Aug 2020, your credit limit/high balance was $3,200

**PORTFOLIO RECOVERY ASSOCIATES Partial Acct # 521333105092 120 CORPORATE BLVD STE 100 NORFOLK VA 23502 (844) 675 3408**

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Feb 2020 | Jun 2020 | $11,284 as of Aug 2020 | |
| Address ID # | Terms | Status | |
| 0512002161 | 1 Months | Collection account. | |
| Original creditor | Monthly payment | $11,284 past due as of | |
| SYNCHRONY BANK | Not reported | Aug 2020. | |
| Type | Credit limit or original | This account is | |
| Debt Buyer | amount | scheduled to continue on | |
| Responsibility | $11,284 | record until Apr 2025. | |
| Individual | High balance | Date of Status | |
| | Not reported | Feb 2020 | |

Payment history:
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | CO | CO | CO | | | |

Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jul20 | Jun20 |
|---|---|---|
| AB ($) | 11,284 | 11,284 |
| DPR | ND | ND |
| SPA ($) | ND | ND |
| AAP ($) | ND | ND |

The original amount of this account was $11,284

**Your accounts in good standing** These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

**KOHLS/CAPONE Partial Acct # 639805045437 PO BOX 3115 MILWAUKEE WI 53201 (800) 564 5740**

7225 01-00 0001 90/9 0001 0008356

| | |
|---|---|
| **File Number:** 408625625 | **Page: 1 of 6** |
| **Date Issued:** 09/22/2020 | |


TransUnion.

## Personal Information

You have been on our files since 06/01/1983

SSN: XXX-XX-4350

Date of Birth: 05/10/1961

**Names Reported:** MARK JOHN CARLO and MARK NARO

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 1861 VIA DELLE ARTI, LAS VEGAS, NV 89044-0257 | 09/22/2020 08/14/2020 | 1861 VIA DELLE ARTI, HENDERSON, NV 89044-0257 4262 BLUE DIAMOND RD APT 102263, LAS VEGAS, NV 89139-7789 | 11/23/2010 11/10/2015 |
| 4262 BLUE DIAMOND RD, LAS VEGAS, NV 89139-7789 | 05/03/2016 | PO BOX 401448, LAS VEGAS, NV 89140-1448 | 08/03/2015 |
| 2861 KINKNOCKIE WAY, HENDERSON, NV 89044-0250 | 11/24/2009 | 1383 SHADOW HAVEN LN, LAS VEGAS, NV 89183-6894 | 02/24/2006 |
| 1383 SHADOW HVN, L V, NV 89183 | 07/06/2008 | 102-263 4262 BLUE DIAMOND RD, LAS VEGAS, NV 89139 | 11/11/2015 |
| 2121 E WARM SPRINGS RD APT 1093, LAS VEGAS, NV 89119-0493 | 08/01/1999 | 19350 PARKMOUNT AVE, CLEVELAND, OH 44135-1710 | |

### Telephone Numbers Reported:

(702) 523-1793       (702) 343-0944       (702) 343-0945       (702) 617-3588

### Employment Data Reported:

| Employer Name | Date Verified | Location | Position | Date Hired |
|---|---|---|---|---|
| CUYAHOGA CNTY COMMON PLEAS CT | 06/01/1993 | CLEVELAND, OH | PROCESSOR | 10/01/1991 |
| JONES DAY ETAL | 09/01/1984 | CLEVELAND, OH | LAW CLERK | |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Remark Key

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets › ‹ indicates that this remark is considered adverse.

**CBG** CLOSED BY CREDIT GRANTOR       **›PRL‹** UNPAID BALANCE CHARGED OFF

## Adverse Accounts

**BANK OF AMERICA** #440066291605**** ( PO BOX 982238, EL PASO, TX 79998-2235, (800) 421-2110 )

| | | | |
|---|---|---|---|
| **Date Opened:** | 01/20/2006 | **Balance:** $0 | **Pay Status:** Current; Paid or Paying as Agreed |
| **Responsibility:** | Individual Account | **Date Updated:** 12/24/2019 | **Terms:** Paid Monthly |
| **Account Type:** | Revolving Account | **Last Payment Made:** 12/11/2019 | **Date Closed:** 12/23/2017 |
| **Loan Type:** | CREDIT CARD | **High Balance:** $11,368 | **Date Paid:** 12/11/2019 |
| | | **Credit Limit:** $11,300 | ›Maximum Delinquency of 120 days in 09/2018 and in 04/2019‹ |

Remarks: CLOSED BY CREDIT GRANTOR; CLOSED

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | 30 | 30 | OK | OK | OK | OK | 120 | 120 | 120 | 120 | 120 |

| | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | 30 | 60 | 60 |

| | 11/2017 | 10/2017 |
|---|---|---|
| Rating | 30 | OK |

To dispute online go to: http://transunion.com/disputeonline

EXHIBIT 7

Consumer Credit Report for MARK JOHN CARLO | File Number: 408625625  Date Issued: 09/22/2020

**CITICARDS CBNA** #410039017365**** ( 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108, (855) 378-6467 )

| | | | |
|---|---|---|---|
| Date Opened: | 12/16/2009 | Date Updated: | 09/14/2020 |
| Responsibility: | Individual Account | Last Payment Made: 07/12/2019 | |
| Account Type: | Revolving Account | | |
| Loan Type: | FLEXIBLE SPENDING CREDIT CARD | | |

Pay Status: ›Charged Off‹
Terms: Paid Monthly
Date Closed: 09/15/2018
›Maximum Delinquency of 120 days in 10/2018
for $580 and in 12/2018 for $771‹

Credit Limit: Credit limit of $3,200 from 03/2018 to 09/2020
Estimated month and year that this item will be removed: 05/2025

| | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $3,770 | $3,770 | $3,770 | $3,770 | $3,770 | $3,770 | $3,770 | $3,770 | $3,770 | $3,770 | $3,770 | $3,770 |
| Scheduled Payment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $627 | $570 | $513 | $456 | $399 | $342 | $285 | $228 | $171 | $114 | $57 | $0 |
| High Balance | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 |
| Remarks | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $3,770 | $3,770 | $3,795 | $3,795 | $3,820 | $3,820 | $3,845 | $3,845 | $3,845 | $3,780 | $3,795 | $3,692 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $681 | $735 | $619 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $1,301 | $1,244 | $1,212 | $1,155 | $1,123 | $1,066 | $1,033 | $975 | $871 | $771 | $708 | $580 |
| High Balance | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,845 | $3,795 | $3,795 | $3,692 |
| Remarks | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG | CBG | CBG |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 120 |

| | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $3,600 | $3,505 | $3,410 | $3,323 | $3,234 | $2,990 | $3,130 | | | | | |
| Scheduled Payment | $531 | $435 | $332 | $245 | $111 | $109 | $106 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $449 | $320 | $198 | $0 | $0 | $0 | $0 | | | | | |
| High Balance | $3,600 | $3,505 | $3,410 | $3,323 | $3,234 | $3,187 | $3,187 | | | | | |
| Rating | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**PORTFOLIO RECOVERY** #521333105092**** ( 120 CORPORATE BLVD, SUITE 100, NORFOLK, VA 23502, (844) 675-3407 )

| | | | |
|---|---|---|---|
| Placed for collection: 02/20/2020 | Balance: | $11,284 | Pay Status: ›In Collection‹ |
| Responsibility: | Individual Account | Date Updated: | 08/27/2020 |
| Account Type: | Open Account | Original Amount: | $11,284 |
| Loan Type: | DEBT BUYER | Original Creditor: | SYNCHRONY BANK (Banking) |
| | | Past Due: | ›$11,284‹ |

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 06/2025

## Satisfactory Accounts

**KOHLS DEPARTMENT STORE** #639305045437**** ( PO BOX 3115, MILWAUKEE, WI 53201, (800) 564-5740 )

| | | | |
|---|---|---|---|
| Date Opened: 08/04/2006 | Balance: | $0 | Pay Status:  Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Date Updated: | 03/13/2016 | Terms:  Paid Monthly |
| Account Type: Revolving Account | Payment Received: $0 | | Date Closed: 02/29/2016 |
| Loan Type:  CHARGE ACCOUNT | Last Payment Made: 12/30/2012 | | Date Paid:  12/30/2012 |
| | High Balance: | $499 | |
| | Credit Limit: | $500 | |

Remarks: INACTIVE ACCOUNT; CLOSED

| | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

September 21, 2020

**CERTIFIED MAIL**

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374

Re:    **Carlo, Mark J. / Dispute**

Dear Sir,

This letter is a Dispute. I have attached an excerpt from my recent credit profile. I have also enclosed copies of both my Social Security Card and Driver License. My attorney helped me prepare this letter to ensure you have all the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this letter.

I provide my personal information: Mark J. Carlo; Spouse: Deceased; current address:
; prior address: 1861 Via Delle Arti Street, Henderson, NV 89044; SSN
date of birth:          , 1961.

Please delete the noted Portfolio Recovery Associates (PRA) collection account. PRA is attempting to collect an alleged $11,284 Synchrony Bank account. I have *never* had an account with Synchrony Bank.

My late wife, Rosemarie Carlo, established this account without my knowledge. I never once used either a Synchrony Bank card or otherwise used Synchrony's services. Rosemarie, 55, died 9/2/19. I've attached a copy of her Death Certificate. Approximately two (2) weeks after Rosie's death her employer provided me a folder containing numerous credit card statements, invoices and other financial documents (which she'd obviously hid from me). The overwhelming difficulty in dealing with the death of my wife of thirty (30) years and the burden of solely caring for our surviving children was greatly compounded by this terrible fraud and betrayal. Please DO NOT verify this account without first obtaining an application reflecting my signature-none exists!

Please likewise delete the noted Citibank, National Association charge-off account for precisely the same reasons. It was likewise fraudulently established by my late wife. I have been in touch with Citibank and it had neither my cell. number nor my email address on file.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Mark J. Carlo

Enclosures

EXHIBIT 8

September 24, 2020

**CERTIFIED MAIL**

Trans Union LLC
P.O. Box 2000
Chester, PA  19016

Re:    **Carlo, Mark J. / Dispute**

Dear Sir,

This letter is a Dispute.  I have attached an excerpt from my recent credit profile.  I have also enclosed copies of both my Social Security Card and Driver License.  My attorney helped me prepare this letter to ensure you have all the information you need to appropriately address my concerns.  I have personally reviewed, approved and signed this letter.

I provide my personal information: Mark J. Carlo; Spouse: Deceased; current address:
 prior address: 1861 Via Delle Arti Street, Henderson, NV 89044; SSN
date of birth:           1961.

Please delete the noted Portfolio Recovery Associates (PRA) collection account.  PRA is attempting to collect an alleged $11,284 Synchrony Bank account.  I have *never* had an account with Synchrony Bank.

My late wife, Rosemarie Carlo, established this account without my knowledge.  I never once used either a Synchrony Bank card or otherwise used Synchrony's services.  Rosemarie, 55, died 9/2/19.  I've attached a copy of her Death Certificate.  Approximately two (2) weeks after Rosie's death her employer provided me a folder containing numerous credit card statements, invoices and other financial documents (which she'd obviously hid from me).  The overwhelming difficulty in dealing with the death of my wife of thirty (30) years and the burden of solely caring for our surviving children was greatly compounded by this terrible fraud and betrayal.  Please DO NOT verify this account without first obtaining an application reflecting my signature-none exists!

Please likewise delete the noted Citibank, National Association charge-off account for precisely the same reasons.  It was likewise fraudulently established by my late wife.  I have been in touch with Citibank and it had neither my cell. number nor my email address on file.  Last, please also delete the noted Bank of America account; it was also fraudulently begun by Rosemarie.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Mark J. Carlo

Enclosures

**EXHIBIT 9**

September 25, 2020

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re:    Carlo, Mark J. / Dispute

Dear Sir,

This letter is a Dispute. I have attached an excerpt from my recent credit profile. I have also enclosed copies of both my Social Security Card and Driver License. My attorney helped me prepare this letter to ensure you have all the information you need to appropriately address my concerns. I have personally reviewed, approved and signed this letter.

I provide my personal information: Mark J. Carlo; Spouse: Deceased; current address:
             ; prior address: 1861 Via Delle Arti Street, Henderson, NV 89044; SSN
date of birth:        1961.

Please delete the noted Portfolio Recovery Associates (PRA) collection account. PRA is attempting to collect an alleged $11,284 Synchrony Bank account. I have *never* had an account with Synchrony Bank.

My late wife, Rosemarie Carlo, established this account without my knowledge. I never once used either a Synchrony Bank card or otherwise used Synchrony's services. Rosemarie, 55, died 9/2/19. I've attached a copy of her Death Certificate. Approximately two (2) weeks after Rosie's death her employer provided me a folder containing numerous credit card statements, invoices and other financial documents (which she'd obviously hid from me). The overwhelming difficulty in dealing with the death of my wife of thirty (30) years and the burden of solely caring for our surviving children was greatly compounded by this terrible fraud and betrayal. Please DO NOT verify this account without first obtaining an application reflecting my signature-none exists!

Please likewise delete the noted Citibank, National Association charge-off account for precisely the same reasons. It was likewise fraudulently established by my late wife. I have been in touch with Citibank and it had neither my cell. number nor my email address on file. Last, please also delete the noted Bank of America account; it was also fraudulently begun by Rosemarie.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Mark J. Carlo

Enclosures

EXHIBIT 10

*** 408625625-020 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

10/15/2020


**Information for Good.**

PCY03L00300145-I002305-074985887

MARK JOHN CARLO

Dear MARK JOHN CARLO,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete.  After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1.  Updated your credit report based on the information you provided; OR
2.  Determined that the information you disputed either does not appear on your credit file or already shows the requested status;  OR
3.  Determined that the data furnisher had previously verified the reported information.  If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4.  Asked the data furnisher reporting the information you disputed to do all of the following:
    - Review relevant information we sent them, including any provided documents
    - Investigate your dispute and verify whether the information they report is accurate
    - Provide us a response to your dispute and update any other information
    - Update their records and systems, if necessary;

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully.  To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results**.

P CY03L-003 00145-I002305 01/16

# EXHIBIT 11

File Number:     408625625                    Page 4 of 7
Date Issued:     10/15/2020

# Your Investigation Results

INVESTIGATION RESULTS - DELETED:  The disputed item(s) was removed from your credit report.

**PORTFOLIO RECOVERY #521333105092**** ( 120 CORPORATE BLVD, SUITE 100, NORFOLK, VA 23502, (844) 875-3407 )**
In response to your dispute, this item was **DELETED** from your credit report.